Submitted November 15, affirmed December 29, 2011

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## DEANDRO LAMAR SHAVERS,
*Defendant-Appellant.*

Multnomah County Circuit Court
080733299; A142370

268 P3d 819

Peter Gartlan, Chief Defender, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Brewer, Chief Judge, and Egan, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Washington,* 246 Or App 1, 264 P3d 176 (2011).